1  MARK J. BOURASSA, ESQ. (NBN 7999)
   JENNIFER A. FORNETTI, ESQ. (NBN 7644)
2  VALERIE S. CHRISTIAN ESQ. (NBN 14716)
   **THE BOURASSA LAW GROUP**
3  2350 W. Charleston Blvd., Suite 100
   Las Vegas, Nevada 89102
4  Telephone: (702) 851-2180
   mbourassa@blgwins.com
5  jfornetti@blgwins.com
   vgray@blgwins.com
6
   *Attorneys for Plaintiff and the Proposed Class*
7  [Additional counsel on signature page]

8  Todd L. Bice (NBN 4534)
   **PISANELLI BICE PLLC**
9  400 S. 7th Street Suite 300
   Las Vegas, NV 89101
10 Telephone: 702.214.2100
   tlb@pisanellibice.com
11
   Angela C. Agrusa (CA State Bar No 131337)*
12 **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
13 Suite 400 North Tower
   Los Angeles, CA 90067-4735
14 Telephone: 310.595.3000
   angela.agrusa@us.dlapiper.com
15
   **Pro hac vice application forthcoming*
16
   *Attorneys for Defendant*
17 *MGM Resorts International*

18                  **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
19

20 
   CHARLES BEZAK, individually and on behalf   | Case No. 2:23-cv-01719-RFB-BNW
21 of all others similarly situated             |
                                                | **STIPULATION TO EXTEND TIME**
22                Plaintiff,                    | **TO FILE DEFENDANT'S**
                                                | **RESPONSE TO COMPLAINT**
23       v.                                     | **(FIRST REQUEST)**

24 MGM RESORTS INTERNATIONAL,

25                Defendant.

26       Pursuant to LR IA 6-1, Plaintiff Charles Bezak and Defendant MGM Resorts

27 International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to

28 respond to the Complaint be extended from the current deadline of November 24, 2023 to

and including December 12, 2023. This is the first stipulation for an extension of time to file MGM's responsive pleading.

Good cause exists to enlarge the time for MGM to respond to the Complaint. Between September 21 and November 8, 2023, eleven other related actions were filed against MGM in this and two other federal courts (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826 (D. Nev.); *Albrigo v. MGM Resorts Int'l*, No. 3:23-cv-01797 (S.D. Cal.); *Lassoff v. MGM Resorts Int'l, et al.*, No. 1:23-cv-20419 (D.N.J.).

MGM's counsel was only recently retained and requires additional time to review, investigate, and analyze the allegations in both the Complaint and the Related Actions. Moreover, based on the Parties' current understanding of the claims, there are significant overlaps between this action and the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions, evaluate the potential consolidation of the cases, and conserve judicial resources.

The Parties' request is made in good faith to enable MGM to complete an investigation into Plaintiff's claims. Moreover, this case is in its infancy, and this request will not prejudice any party.

A proposed order is attached.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**WHEREAS** the Parties respectfully request that MGM shall have until December 12, 2023 to answer, move, or otherwise respond to the Complaint.

Dated:  November 21, 2023                    Respectfully submitted,

                                          **THE BOURASSA LAW GROUP**

                                        _/s/ Jennifer A. Fornetti_
MARK J. BOURASSA
JENNIFER A. FORNETTI
VALERIE S. CHRISTIAN
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
mbourassa@blgwins.com
jfornetti@blgwins.com
vchristian@blgwins.com

GARY F. LYNCH (*pro hac vice*)
PATRICK D. DONATHEN (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
gary@lcllp.com
patrick@lcllp.com

*Attorneys for Plaintiff and the Proposed Class*

                                        _/s/ Todd L. Bice_
Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*\*Pro hac vice application forthcoming*

*Attorneys for Defendant
MGM Resorts International*

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. NO. 2:23-CV-01719

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BEZAK, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1719-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including December 12, 2023.

**IT IS SO ORDERED:**

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED:  11/27/2023