1  MARK J. BOURASSA, ESQ. (NBN 7999)
   JENNIFER A. FORNETTI, ESQ. (NBN 7644)
2  VALERIE S. CHRISTIAN ESQ. (NBN 14716)
   **THE BOURASSA LAW GROUP**
3  2350 W. Charleston Blvd., Suite 100
   Las Vegas, Nevada 89102
4  Telephone: (702) 851-2180
   mbourassa@blgwins.com
5  jfornetti@blgwins.com
   vgray@blgwins.com
6
   *Attorneys for Plaintiff and the Proposed Class*
7  [Additional counsel on signature page]

8  Todd L. Bice
   Bar No. 4534
9  **PISANELLI BICE PLLC**
   400 S. 7th Street Suite 300
10 Las Vegas, NV 89101
   Telephone: 702.214.2100
11 tlb@pisanellibice.com

12 Angela C. Agrusa (CA State Bar No 131337)*
   **DLA PIPER LLP (US)**
13 2000 Avenue of the Stars
   Suite 400 North Tower
14 Los Angeles, CA 90067-4735
   Telephone: 310.595.3000
15 angela.agrusa@us.dlapiper.com

16 *\*Pro hac vice application forthcoming*

17 *Attorneys for Defendant*
   *MGM Resorts International*
18
                    **UNITED STATES DISTRICT COURT**
19                        **DISTRICT OF NEVADA**

20

21 | CHARLES BEZAK, individually and on behalf of all others similarly situated | Case No. 2:23-cv-01719-RFB-BNW |
22 |                                              |                                |
   | Plaintiff,                                   | **STIPULATION TO EXTEND TIME** |
23 |                                              | **TO FILE DEFENDANT'S**        |
   | v.                                           | **RESPONSE TO COMPLAINT**      |
24 |                                              | **(SECOND REQUEST)**           |
   | MGM RESORTS INTERNATIONAL,                   |                                |
25 |                                              |                                |
   | Defendant.                                   |                                |
26

27

28

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. NO. 2:23-CV-01719

1

Pursuant to LR IA 6-1, Plaintiff Charles Bezak and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of December 12, 2023 to and including January 11, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on November 27, 2023. ECF No. 11.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently ten other related actions filed against MGM pending in the District of Nevada (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826 (D. Nev.); *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981 (D. Nev.). One other action is pending in the District of New Jersey. *Lassoff v. MGM Resorts Int'l*, No. 1:23-cv-20419.

The parties in the Related Actions are actively preparing a joint motion to consolidate the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions and finalize the joint motion.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

A proposed order is attached.

/ / /

/ / /

/ / /

/ / /

/ / /

**WHEREAS** the Parties respectfully request that MGM shall have until January 11, 2024 to answer, move, or otherwise respond to the Complaint.

Dated: December 11, 2023                                         Respectfully submitted,

                                                                                          **THE BOURASSA LAW GROUP**

                                                                                          /s/ Mark J. Bourassa
                                                                                          MARK J. BOURASSA
                                                                                          JENNIFER A. FORNETTI
                                                                                          VALERIE S. CHRISTIAN
                                                                                          2350 W. Charleston Blvd., Suite 100
                                                                                          Las Vegas, Nevada 89102
                                                                                          Telephone: (702) 851-2180
                                                                                          mbourassa@blgwins.com
                                                                                          jfornetti@blgwins.com
                                                                                          vchristian@blgwins.com

                                                                                          GARY F. LYNCH (*pro hac vice*)
                                                                                          PATRICK D. DONATHEN (*pro hac vice*)
                                                                                          **LYNCH CARPENTER LLP**
                                                                                          1133 Penn Avenue, 5th Floor
                                                                                          Pittsburgh, Pennsylvania 15222
                                                                                          Telephone: (412) 322-9243
                                                                                          gary@lcllp.com
                                                                                          patrick@lcllp.com

                                                                                          *Attorneys for Plaintiff and the Proposed Class*

                                                                                          /s/ Todd L. Bice

                                                                                          Todd L. Bice
                                                                                          **PISANELLI BICE, PLLC**
                                                                                          400 S. 7th Street Suite 300
                                                                                          Las Vegas, NV 89101
                                                                                          Telephone: 702.214.2100
                                                                                          tlb@pisanellibice.com

                                                                                          Angela C. Agrusa*
                                                                                          **DLA PIPER LLP (US)**
                                                                                          2000 Avenue of the Stars
                                                                                          Suite 400 North Tower
                                                                                          Los Angeles, CA 90067-4735
                                                                                          Telephone: 310.595.3000
                                                                                          angela.agrusa@us.dlapiper.com

                                                                                          *Pro hac vice application forthcoming

                                                                                          *Attorneys for Defendant
                                                                                          MGM Resorts International*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BEZAK, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1719-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including January 11, 2024.

**IT IS SO ORDERED:**

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED:  12/12/2023