1  MARK J. BOURASSA, ESQ. (NBN 7999)
   JENNIFER A. FORNETTI, ESQ. (NBN 7644)
2  VALERIE S. CHRISTIAN ESQ. (NBN 14716)
   **THE BOURASSA LAW GROUP**
3  2350 W. Charleston Blvd., Suite 100
   Las Vegas, Nevada 89102
4  Telephone: (702) 851-2180
   mbourassa@blgwins.com
5  jfornetti@blgwins.com
   vgray@blgwins.com
6
   *Attorneys for Plaintiff and the Proposed Class*
7  [Additional counsel on signature page]

8  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
9  **PISANELLI BICE PLLC**
   400 South 7th Street, Suite 300
10 Las Vegas, Nevada  89101
   Telephone: 702.214.2100
11 Facsimile: 702.214.2101

12 Angela C. Agrusa (*pro hac vice forthcoming*)
   **DLA PIPER LLP (US)**
13 2000 Avenue of the Stars
   Suite 400 North Tower
14 Los Angeles, CA 90067-4735
   Telephone: 310.595.3000
15 angela.agrusa@us.dlapiper.com

16 *Attorneys for Defendant*
   *MGM Resorts International*
17

18              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
19

20  | | |
    |---|---|
21  | CHARLES BEZAK, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-01719-RFB-BNW |
22  |  | **STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (THIRD REQUEST)** |
23  | Plaintiff, | |
    | v. | |
24  | MGM RESORTS INTERNATIONAL, | |
25  | Defendant. | |
26

27
28

Pursuant to LR IA 6-1, Plaintiff Charles Bezak and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of January 11, 2024 to and including March 11, 2024. This is the third stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on December 12, 2023. ECF No. 14.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently twelve other related actions filed against MGM pending in the District of Nevada (the "Related Actions"). *See Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Righetti v. MGM Resorts Int'l*.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1, notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF 186, 188. Plaintiffs in this action have opposed this effort because the 2019 Actions involved a different threat actor and different data.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions.

The Parties' request is made in good faith to enable the parties to finalize the joint

1  motion for consolidation and conserve judicial and party resources. Moreover, this case is
2  in its infancy, and this request will not prejudice any party.
3       **WHEREAS** the Parties respectfully request that MGM shall have until March 11,
4  2024, to answer, move, or otherwise respond to the Complaint.

5  Dated:  January 10, 2024                              Respectfully submitted,

6                                                              /s/ Patrick D. Donathen
   MARK J. BOURASSA
7  JENNIFER A. FORNETTI
   VALERIE S. CHRISTIAN
8  **THE BOURASSA LAW GROUP**
   2350 W. Charleston Blvd., Suite 100
9  Las Vegas, Nevada 89102
   Telephone: (702) 851-2180
10 mbourassa@blgwins.com
   jfornetti@blgwins.com
11 vchristian@blgwins.com

12 GARY F. LYNCH (*pro hac vice*)
   PATRICK D. DONATHEN (*pro hac vice*)
13 **LYNCH CARPENTER LLP**
   1133 Penn Avenue, 5th Floor
14 Pittsburgh, Pennsylvania 15222
   Telephone: (412) 322-9243
15 gary@lcllp.com
   patrick@lcllp.com
16
   *Attorneys for Plaintiff and the Proposed*
17 *Class*

18                                                            /s/ Todd L. Bice
   Todd L. Bice, Bar No. 4534
19 **PISANELLI BICE, PLLC**
   400 S. 7th Street Suite 300
20 Las Vegas, NV 89101
   Telephone: 702.214.2100
21 tlb@pisanellibice.com

22 Angela C. Agrusa
   (*pro hac vice forthcoming*)
23 **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
24 Suite 400 North Tower
   Los Angeles, CA 90067-4735
25 Telephone: 310.595.3000
   Angela.agrusa@us.dlapiper.com
26
   *Attorneys for Defendant*
27 *MGM Resorts International*

28

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-1719

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHARLES BEZAK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MGM RESORTS INTERNATIONAL,

Defendant.

Case No. 2:23-cv-01719-RFB-BNW

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT**

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including March 11, 2024.

**IT IS SO ORDERED**

**DATED:** 2:19 pm, January 11, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**