1  MARK J. BOURASSA, ESQ. (NBN 7999)
   JENNIFER A. FORNETTI, ESQ. (NBN 7644)
2  VALERIE S. CHRISTIAN ESQ. (NBN 14716)
   **THE BOURASSA LAW GROUP**
3  2350 W. Charleston Blvd., Suite 100
   Las Vegas, Nevada 89102
4  Telephone: (702) 851-2180
   mbourassa@blgwins.com
5  jfornetti@blgwins.com
   vgray@blgwins.com
6
   *Attorneys for Plaintiff and the Proposed Class*
7  [Additional counsel on signature page]

8  Todd L. Bice
   **PISANELLI BICE PLLC**
9  400 S. 7th Street Suite 300
   Las Vegas, NV 89101
10 Telephone: 702.214.2100
   tlb@pisanellibice.com
11
   Angela C. Agrusa*
12 **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
13 Suite 400 North Tower
   Los Angeles, CA 90067-4735
14 Telephone: 310.595.3000
   angela.agrusa@us.dlapiper.com
15
   *Pro hac vice application forthcoming*
16
   *Attorneys for Defendant
17 MGM Resorts International*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BEZAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01719-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (FOURTH REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Charles Bezak and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of March 11, 2024 to and including April 10, 2024. This is the fourth stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on January 11, 2024. ECF No. 16.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently thirteen other related actions filed against MGM pending in this District (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Mejia v. MGM Resorts, Int'l*, No. 2:23-cv-00081; *Righetti v. MGM Resorts Int'l*, 2:23-cv-2064.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1, notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188. Plaintiffs in this action oppose this effort because the 2019 Actions involved a different threat actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the Related Actions.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. The parties in the Related Actions have also engaged

in preliminary information exchange that may avoid the need for certain motion practice, which would conserve judicial resources. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until April 10, 2024, to answer, move, or otherwise respond to the Complaint.

Dated: March 8, 2024                                   Respectfully submitted,

                                                       /s/ Jennifer A. Fornetti
MARK J. BOURASSA
JENNIFER A. FORNETTI
VALERIE S. CHRISTIAN
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
mbourassa@blgwins.com
jfornetti@blgwins.com
vchristian@blgwins.com

GARY F. LYNCH (*pro hac vice*)
PATRICK D. DONATHEN (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
gary@lcllp.com
patrick@lcllp.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Todd L. Bice
Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BEZAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01719-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including April 10, 2024.

**IT IS SO ORDERED:**

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  3/11/2024